■ DIEDRA SWIFT, Respondent, v CITY OF NEW YORK, Respondent, and OLIVARES MARKET, Appellant, et al., Defendant. [706 NYS2d 874] —Order, Supreme Court, New York County (Kibbie Payne, J.), entered on or about August 31, 1999, which, to the extent appealed from, denied the motion of defendant Olivares Market for summary judgment dismissing the complaint and cross claims against it, unanimously affirmed, without costs.

Since a question of fact remains as to whether defendant-appellant had special use of the purportedly hazardous portion of the sidewalk upon which plaintiff allegedly fell and sustained injury, summary judgment was properly denied (*see, Peretich v City of New York*, 263 AD2d 410, 411; *Santorelli v City of New York*, 77 AD2d 825). Concur—Rosenberger, J. P., Williams, Rubin, Saxe and Buckley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY CARTER, Appellant. [706 NYS2d 877] —Judgment, Supreme Court, Bronx County (Joseph Fisch, J.), rendered on or about April 8, 1999, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Rosenberger, J. P., Williams, Rubin, Saxe and Buckley, JJ.